**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 20, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00386-CV

---

### IN RE ABIRA MEDICAL LABORATORIES, LLC D/B/A GENESIS DIAGNOSTICS - II, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1080417**

---

## MEMORANDUM OPINION

Relator Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics - II filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Roberta Lloyd, presiding judge of County Civil

Court at Law No. 4 of Harris County, to set aside her April 25, 2018 order granting the plea to the jurisdiction filed by Hologic, Inc.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We lift our stay entered on October 3, 2018, and deny the motion to reconsider the stay as moot.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.